USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_05/28/2021_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

**BRET W. JACOBSON,**

                **Plaintiff,**

    -against-

**CITIGROUP GLOBAL MARKETS HOLDINGS INC.,**

                **Defendant.**

------------------------------------------------------------------------ x

**21-CV-2384 (ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., District Judge:**

Plaintiff Bret W. Jacobson (hereinafter, "Plaintiff") brings this action against Citigroup Global Markets Holdings Inc. (hereinafter, "CGMHI" or "Defendant"). Plaintiff filed his Complaint on March 18, 2021. ECF No. 1. This case, along with others, was accepted as related to *Kirk v. Citigroup Global Markets Holdings Inc.*, 20-cv-7619 (all together, the "Related Actions").

In accordance with the order issued in *Kirk* on May 19, 2021, 20-cv-7619, ECF No. 65, the Court will establish a coordinated two-track briefing schedule in all the Related Actions, including the instant action. The parties are directed to brief the issue of subject matter jurisdiction in accordance with the following schedule:

- Defendant's Opening Brief: June 9, 2021
- Plaintiff's Opposition Brief: June 23, 2021
- Defendant's Reply Brief: June 30, 2021

[*rest of page intentionally left blank*]

**SO ORDERED.**

**Dated:** **May 28, 2021**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**